UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KATHLEEN PASSANTE,

            Plaintiff,

-against-

VASSAR COLLEGE, et al.,

           Defendants.

------------------------------------------------------------------x

**ORDER**

11 Civ. 4275 (GAY)

The Court has reviewed *in camera* the one document provided by the defendant concerning Marlene Galow. Given the broad, liberal federal discovery standards, the Court directs defendant to provide said document for discovery. This ruling is only for discovery purposes and not admissibility at trial. Defendants have advised the Court that there are no other documents concerning Ms. Galow relating to the matters herein.

SO ORDERED:

Dated: October 1, 2012
White Plains, New York

GEORGE A. YANTHIS, U.S.M.J.